MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDY CHAPEL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | CASE NO. CV 11-04344 PSG <br><br> STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANT'S MOTION TO DISMISS AND THE CMC |

Plaintiff and defendant, through its counsel, hereby stipulate to extend the hearing on defendant's motion to dismiss to December 6, 2011, at 10:00 a.m. Plaintiff's opposition shall be due November 14, 2011, and defendant's reply shall be due November 21, 2011. The purpose of this extension is to provide plaintiff additional time to review documents that defendant has produced and has agreed to produce and to provide both parties with additional time to complete the ongoing meet and confer process.

So as to avoid multiple court appearances, the parties further stipulate to continue the Case Management Conference to December 6, 2011, to be held, if necessary, immediately following the hearing on defendant's motion to dismiss. The parties' CMC Statements shall be due on November 29, 2011.

Dated: October 19, 2011

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

By:         /S/
       JAMES A. SCHARF
       Assistant United States Attorney
       Attorney for Federal Defendant


By:         /S/
       RANDY CHAPEL
       Plaintiff

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ordered:

1. The hearing on defendant's motion to dismiss is continued to December 6, 2011, at 10:00 a.m. Plaintiff's opposition shall be due November 14, 2011, and defendant's reply shall be due November 21, 2011.

2. The Case Management Conference is continued to December 6, 2011, to be held, if necessary, immediately following the hearing on defendant's motion to dismiss. The parties' CMC Statements shall be due on November 29, 2011.

Dated: October 21 2011

                                                Hon. Paul Grewal
                                                United States Magistrate Judge